# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case Nos. 5D2022-1169
5D2022-1170
5D2022-1171
5D2022-1172
LT Case Nos. 2021-305573-CFDB
2021-305756-CFDB
2021-306034-CFDB
2021-305663-CFDB

———————————————————

LARRY D. ROBERTS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Larry D. Roberts, Punta Gorda, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

July 2, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____